**UNITED STATES PATENT AND TRADEMARK OFFICE**

OFFICE OF THE GENERAL COUNSEL

OFFICE OF THE SOLICITOR

November 10, 2014

Adm. Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C.  20439

  Re: *In re Stoller*, Appeal No. 2014-1271

Dear Adm. O'Toole,

  During oral argument on November 3, 2014, the Court noted that the webpage cited in the Patent Trial and Appeal Board's opinion at JA 144 n.1 regarding the definition of "laminate" was not accessible to the Court, directed counsel instead to a definition of "laminated" in a print version of the American Heritage Dictionary, and invited Director's counsel to submit the online definition of "laminate" cited by the Board to the Court.  Oral Argument at 18:15.  Director's counsel recently became aware that, although employees at the U.S. Patent and Trademark Office have access to it, the credoreference.com website is behind a firewall and the general public does not have access to it.  Thus, counsel hereby respectfully submits the enclosed definition of "laminate" as set forth at http://www.credoreference.com/entry/hmdictenglang/laminate and cited by the Board in the joint appendix at JA 144 n.1.

  When accessing the URL address located at http://www.credoreference.com/entry/hmdictenglang/laminate, the user is automatically redirected to the following URL address: http://search.credoreference.com/content/entry/hmdictenglang/laminate/0, which sets forth definitions of "laminate" from the American Heritage Dictionary of the English Language.  The Director has printed this webpage and has attached it hereto for the Court's consideration.  Director's counsel further confirmed that attached definitions of "laminate" on the credoreference.com website match the

**UNITED STATES PATENT AND TRADEMARK OFFICE**

OFFICE OF THE GENERAL COUNSEL

OFFICE OF THE SOLICITOR

definitions of "laminate" publicly available from the American Heritage Dictionary website, available at https://ahdictionary.com/word/search.html?q=laminate.

     The Director respectfully requests that these materials be transmitted to the merits panel assigned to decide the above-referenced appeal.

                          Respectfully submitted,

                          /s/ Brian T. Racilla

                          Brian T. Racilla
                          Associate Solicitor
                          *Attorney for the Director of the United*
                          *States Patent and Trademark Office*

Enclosure

Cc:    Mathew R. P. Perrone, Jr., Appellant



# laminate

## From "The American Heritage(R) Dictionary of the English Language"

 Copyright © 2011, 2007, 2000 by Houghton Mifflin Company.



laminate

**1.**

To cover with a thin sheet of material, as for preservation.

**2.**

To beat or compress (metal) into a thin plate or sheet.

**3.**

To divide into thin layers.

**4.**

To make by uniting several layers.

*v.* intr.

To split into thin layers or sheets.

*adj.* (-nĭt, -nāt')

Consisting of, arranged in, or covered with laminae.

*n.* (-nāt', -nĭt)

**1.**

A laminated product, such as plywood.

**2.**

A thin sheet of material, or the material itself, such as plastic, used to laminate something.

lam'i•na'tor *n.*

 **Copyright © 2011, 2007, 2000 by Houghton Mifflin Company.**

Persistent URL to the Entry: http://search.credoreference.com/content/entry/hmdictenglang/laminate/0

### APA

Laminate. (2011). In *The American Heritage dictionary of the English language*. Retrieved from http://search.credoreference.com/content/entry/hmdictenglang/laminate/0

### MLA

"Laminate." *The American Heritage Dictionary of the English Language*. Boston: Houghton Mifflin, 2011. Credo Reference. Web. 10 November 2014.

### Chicago

"Laminate". In *The American Heritage Dictionary of the English Language*. Boston: Houghton Mifflin, 2011. http://search.credoreference.com/content/entry/hmdictenglang/laminate/0 (accessed November 10, 2014.)

### Harvard

"Laminate" 2011, in *The American Heritage dictionary of the English language* , Houghton Mifflin, Boston, USA. Accessed: 10 November 2014, from Credo Reference